Certificate Number: 17082-MSS-DE-039730943

Bankruptcy Case Number: 25-50263



17082-MSS-DE-039730943

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2025, at 8:12 o'clock PM MST, CAITIRONA L MALLETT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  June 3, 2025         By:   /s/Orsolya K Lazar

                            Name: Orsolya K Lazar

                            Title: Executive Director